## CHEATHAM *v.* EHRLICH BROTHERS.

*Simmons, C. J.*—This being the second verdict in the plaintiffs' favor upon conflicting evidence, and no material error of law, if any at all, having been committed, this court will not reverse the judgment of the trial court refusing to grant a second new trial.        *Judgment affirmed.*
August 3, 1896.

Complaint.    Before Judge Callaway.    Jefferson superior court.  November term, 1895.

*Cain & Polhill* and *Hines & Hale*, for plaintiff in error.
*Wootten & Wootten* and *H. D. D. Twiggs*, contra.